IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

TRUSTEES OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION )
FUND, et. al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 09-470
)
ABSOLUTE AIR, INC., )
)
Defendant. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated November 12, 2009. There have been no objections filed to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby,

ORDERED that judgment is entered in the amount of $3,124.90, and attorneys' fees and costs in the amount of $2,060.00.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
December 22, 2009